IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| KEN FABER, individually and on behalf of all others similarly situated, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 1:21-CV-00285<br>JUDGE MICHAEL J. TRUNCALE |
| U.S. MONEY RESERVE, INC., a Delaware corporation, | § § § § | |
| *Defendant.* | § § | |

## ORDER DISMISSING CASE

Before the Court is the Plaintiff's Notice of Voluntary Dismissal. [Dkt. 25]. The Plaintiff is requesting a dismissal with prejudice as to his individual claims, and a dismissal without prejudice as to any other member of the putative class's right to bring claims.

It is therefore ORDERED that Plaintiff's individual claims are hereby DISMISSED WITH PREJUDICE. It is further ORDERED that any right to bring claims by any member of the putative class is hereby DISMISSED WITHOUT PREJUDICE.

It is also ORDERED that (1) each party shall bear its own attorneys' fees and costs; (2) all Court dates and pending deadlines are hereby vacated; and (3) all pending motions in this matter be DENIED AS MOOT.

**SIGNED this 29th day of December, 2021.**

Michael J. Truncale
United States District Judge